IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America

v.                                        * Criminal Case No. JFM-09-0328

JACK STOLLOF                              *

## AMENDED EXPEDITED SENTENCING ORDER

(1) On or before __February 16, 2010__ *(not more than 40 days from the date of this order)*, the Probation Officer shall serve two copies of the presentence report upon counsel for the Defendant, who shall review the report with and, provide one of the copies to, the Defendant. The Probation Officer shall also serve one copy of the presentence report upon counsel for the Government and provide one copy to the Court.

(2) If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before __February 22, 2010__ *(not less than 5 days from date in paragraph 1)*, a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(3) Sentencing shall be on __March 25, 2010__ at __9:30 am__.

*(Either party may request an extension of the sentencing date after the presentence report is filed if there are objections to the presentence report which warrant further consideration and possible revision of the report.)*

(4) The presentence report, any revisions, and any proposed findings made by the Probation Officer in the addendum to the report shall constitute the tentative findings of the Court under section 6A1.3 of the sentencing guidelines. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant, or the Government, and the Court may issue its own tentative or final findings at any time before or during the sentencing hearing.

Sentencing Guidelines Order – Expedited (Rev. 9/2007) sent-exp

(5)   Nothing in this Order requires the disclosure of any portions of the presentence report that are not discloseable under Federal Rules of Criminal Procedure 32.

(6)   The dates of service set forth in this Order refer to the date of receipt of the paper being served.  If the Probation Officer or counsel are making service of a paper by mail, they must mail the paper at least three days before the date set forth in the Order.

(7)   Sentencing memoranda are not required unless a party intends to request a sentence outside the advisory guidelines range on the basis of a non-guideline factor.  Defendant's sentencing memorandum is due on March 5, 2010. The government's sentencing memorandum is due on March 19, 2010.  Opposing or responding memoranda are not required.  If submitted, they shall be delivered to chambers not later than five (5) business days before sentencing.  Copies of all memoranda must be sent to the Probation Officer.

1/12/98
Date

[NAME OF JUDGE] J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

Sentencing Guidelines Order – Expedited (Rev. 9/2007) sent-exp

2