CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 15, 2010

Memo To Counsel Re: United States v. Jack W. Stollof
Criminal No. JFM-09-0328

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to modify and clarify conditions of probation (document 210).

The motion is denied. I recognize the inconveniences imposed upon Mr. Stollof by virtue of the conditions of probation that he seeks to have modified. However, I do not think it would be appropriate for me to relieve any of those conditions. Mr. Stollof can get necessary exercise by walking around his house or using a treadmill in his house. His routine appearance at his health club would give the appearance that he is not being penalized at all for the conduct in which he engaged.

Likewise, although I understand that it is inconvenient for Mr. Stollof not to be able to speak routinely with Mr. Nusbaum, it seems to me to be entirely reasonable that he obtain the permission of his probation officer for any conversations in which he wants to engage with Mr. Nusbaum.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge