IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

v.    *    Criminal No. JFM-09-0328

JACK W. STOLLOF    *

*****

MEMORANDUM

Jack Stollof has filed a motion to modify his conditions of probation to permit him to travel to Florida.

I recognize that Mr. Stollof is not in good health. That was the primary reason that I imposed a sentence upon him less than the sentence contemplated by the Sentencing Guidelines. I also recognize that two of Mr. Stollof's doctors recommend that because of Mr. Stollof's ill health, he be permitted to relocate to gentler climates for the winter months. Although I do not question the opinions recommended by the doctors, in my judgment it would be inconsistent with the purposes of sentencing set forth in 18 USC §3553 for me to permit Mr. Stollof to serve a substantial period of his sentence I imposed in Florida. Accordingly, Mr. Stollof's motion is denied.

Date: November 1, 2010

J. Frederick Motz
United States District Judge